UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| SUSAN AND PAUL TROXCLAIR | * | CIVIL ACTION NO.: 07-2773 |
|---|---|---|
| versus | * | SECTION: "B" |
| STATE FARM FIRE AND CASUALTY COMPANY | * | MAGISTRATE "3" |

**EXHIBIT LIST**

**NOW INTO COURT**, through undersigned counsel, comes defendant, State Farm Fire And Casualty Company, who hereby submits the following exhibit list:

1. Copy of State Farm Fire & Casualty Company Policy and underwriting materials subject to privilege log;

2. Copy of claims file subject to privilege log;

3. Any and all discovery responses by plaintiffs and attachments thereto;

4. Curriculum Vitae and report of Jim Danner;

5. Curriculum Vitae and report of Dr. Barry Keim;

6. Any exhibit listed by the plaintiffs;

7. Any exhibit whose identity becomes known during discovery and between now and the trial of this matter;

8. Any exhibit listed in discovery responses of any party.

1


Case 2:07-cv-02773-ILRL-DEK   Document 15   Filed 01/21/08   Page 2 of 2

Defendant reserves the right to amend this exhibit list upon proper notice of this Honorable Court and opposing counsel.

Respectfully submitted,

/s/ James R. Nieset, Jr.
**JAMES R. NIESET, JR. (24856)**
**HOY R. HUGHES (26932)**
**MICHAEL J. MADERE (29961)**
**RALPH J. AUCOIN, JR. (31023)**
Porteous, Hainkel & Johnson
704 Carondelet Street
New Orleans, LA 70130-3774
Telephone: (504) 581-3838
*Attorneys For State Farm Fire & Casualty Co.*

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 21st day of January, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

- **Samuel Beardsley, Jr**
  s_beards@bellsouth.net,kelly-clay@hotmail.com,kclay@couturelaw.net,sbeardsley@couturelaw.net
- **Keith Michael Couture**
  keithcouture@bellsouth.net,art894@aol.com,kcouture@couturelaw.net

The following have been served a copy of the foregoing pleading on counsel via United States mail, properly addressed and first class postage prepaid:

/s/ James R. Nieset, Jr.
**JAMES R. NIESET, JR. (24856)**
**HOY R. HUGHES (26932)**
**MICHAEL J. MADERE (29961)**
**RALPH J. AUCOIN, JR. (31023)**

2