**MINUTE ENTRY**
**KNOWLES, M.J.**
**FEBRUARY 21, 2008**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SUSAN TROXCLAIR** | **CIVIL ACTION** |
| **VERSUS** | **NO. 07-2773** |
| **STATE FARM FIRE & CASUALTY COMPANY** | **SECTION "B" (3)** |

A Settlement Conference was conducted this date.

Present:    Jim Nieset
            Joshua Jordan
            Kelly Clay
            Keith Couture

Following discussions among the parties, the above-captioned case has settled.  The U.S. District Judge's chambers have been notified.  Counsel and the parties are thanked for their cooperation in amicably resolving this matter.

**DANIEL E. KNOWLES, III**
**UNITED STATES MAGISTRATE JUDGE**

MJSTAR(2:00)