**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

SUSAN TROXCLAIR                                                    CIVIL ACTION

VERSUS                                                            NO. 07-2773

STATE FARM FIRE & CASUALTY CO.                                   SECTION:"B"(3)

## ORDER OF DISMISSAL

The Court has been advised by counsel that all of the parties
to this action have firmly agreed upon a compromise, and assured
that they need only to obtain final authority from principals,
execute releases and agreements.  Accordingly,

**IT IS ORDERED** that this action hereby is **DISMISSED** without
cost and without prejudice to the right of the parties, upon good
cause shown, within sixty (60) days, to seek summary judgment
enforcing the compromise if it is not consummated by that time.
The Court retains jurisdiction over this action to enforce
settlement if not timely consummated or if final settlement
authority is not obtained, provided a motion to enforce the
settlement or, alternatively, a motion to extend this period is
filed within 60 days from entry of this order.

PARTIES ARE WARNED THAT FAILURE TO <u>TIMELY</u> FILE A MOTION TO
ENFORCE SETTLEMENT SHALL DIVEST THIS COURT FROM HAVING SUBJECT
MATTER JURISDICTION OVER THE ACTION.  <u>WOOLWINE FORD LINCOLN MERCURY</u>
<u>V. CONSOLIDATED FINANCIAL RESOURCES, INC.</u>, 245 F.3D 791 (5TH CIRCUIT

DECEMBER 27, 2000) (PER CURIAM) (UNPUBLISHED CIVIL ACTION NO. 00-60314). PARTIES ARE FURTHER WARNED THAT FAILURE TO TIMELY CONSUMMATE SETTLEMENT WITHIN THE SIXTY (60) DAY PERIOD SHALL LEAD TO THE IMPOSITION OF SANCTIONS AGAINST THE PARTY(S) FAILING TO COMPLY WITH THIS ORDER.

COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.

It is further ordered that all pending motions are dismissed as moot.

New Orleans, Louisiana, this 22nd day of February, 2008.

IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE